# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | Case No. 5-17-04313 |
| WILLIAM H. FITZGERALD | Chapter 13 |
| Debtor | John J. Thomas, B.J. |
| SPECIALIZED LOAN SERVICING, LLC | |
| Movant | |
| v. | |
| WILLIAM H. FITZGERALD | |
| Respondent | |

## DEBTOR'S CONCURRENCE REGARDING MOTION FOR RELIEF OF SPECIALIZED LOAN SERVICING, LLC

AND NOW, comes the Debtor herein by and through his attorney, Brian E. Manning Esquire, and files the following Concurrence in the Motion for Relief:

1. The Debtor concurs in, and does not oppose, the Motion for Relief filed by Specialized Loan Servicing, LLC, with respect to the property known as 434 Lakeview Drive, Lake Ariel, PA 18436.

Respectfully Submitted
**Law Offices of Brian E. Manning**
/s/ Brian E. Manning
Brian E. Manning, Esquire
502 S. Blakely, St., Suite B
Dunmore, PA 18512
Tel. 570-558-1126
Fax 866-559-9808
brianemanning@comcast.net
Attorney for the Debtor

Dated: May 10, 2018