In re:                                                    Case No. 17-04313-JJT
William H. Fitzgerald                                     Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5        User: REshelman        Page 1 of 1        Date Rcvd: May 11, 2018
                           Form ID: pdf010         Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 13, 2018.
db              William H. Fitzgerald,   309 Wheeler Ave,   Scranton, PA 18510-2514
                Linda Fitzgerald,   309 Wheeler Ave,   Scranton, PA 18510-2514

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                    TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 13, 2018                        Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 11, 2018 at the address(es) listed below:
              Brian E Manning   on behalf of Debtor 1 William H. Fitzgerald BrianEManning@comcast.net,
               G17590@notify.cincompass.com
              Charles J DeHart, III (Trustee)   dehartstaff@pamd13trustee.com,   TWecf@pamd13trustee.com
              David M. Gregory   on behalf of Creditor   FNCB Bank, f/k/a First National Community Bank
               dmglaw@ptd.net,   nicklaw@ptd.net
              James  Warmbrodt   on behalf of Creditor   The Bank of New York Mellon fka The Bank of New York
               et al..... bkgroup@kmllawgroup.com
              Jill M. Spott   on behalf of Creditor   First National Bank of Pennsylvania
               jspottesq@sheilslaw.com,   psheldon@sheilslaw.com
              Steven P. Kelly   on behalf of Creditor   THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,
               AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWABS, INC., ASSET-BACKED CERTIFICATES, SERIES
               2007-8 skelly@sterneisenberg.com,   bkecf@sterneisenberg.com
              United States Trustee   ustpregion03.ha.ecf@usdoj.gov
                                                                         TOTAL: 7

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: William H. Fitzgerald aka William Fitzgerald, aka William Hart Fitzgeralad<br><br>        **Debtor** | **CHAPTER 13** |
| Specialized Loan Servicing LLC, as servicer for The Bank of New York Mellon FKA The Bank of New York, as Trustee for the certificateholders of the CWABS, Inc., Asset-Backed Certificates, Series 2007-9<br>        **Movant** | **NO. 17-04313 JJT** |
|     **vs.** | |
| William H. Fitzgerald aka William Fitzgerald, aka William Hart Fitzgeralad<br>        **Debtor** | **11 U.S.C. Sections 362 and 1301** |
| Linda Fitzgerald<br>        **Co-Debtor** | |
| Charles J. DeHart, III Esq.<br>        **Trustee** | |

## ORDER

Upon consideration of Movant's Motion for Relief from the Automatic Stay, it is:

ORDERED THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceedings, as provided under Sections 362 and 1301 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Sections 362 and 1301, is modified with respect to the subject premises located at 434 Lakeview Drive, Lake Ariel, PA 18436 ("Property"), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure.

Dated:  May 11, 2018

By the Court,

_____

John J. Thomas, Bankruptcy Judge (RPR)