# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : CHAPTER NO. 13 |
| | : |
| WILLIAM H. FITZGERALD, | : CASE NO. 17-04313-JJT |
| | : |
| DEBTOR | : |
| | : |
| PENNSYLVANIA DEPARTMENT OF REVENUE, | : |
| | : OBJECTION TO PLAN |
| MOVANT | : |
| V. | : |
| WILLIAM H. FITZGERALD, | : |
| RESPONDENT | : RELATED TO DOCKET NO. 67 |

## CERTIFICATE OF SERVICE FOR PENNSYLVANIA DEPARTMENT OF REVENUE'S OBJECTION TO DEBTOR'S CHAPTER 13 PLAN

I, Jim Peavler, certify under penalty of perjury that I served the above captioned pleading Objection to Debtor's Chapter 13 Plan, on the parties at the below addresses, on May 30, 2018, by:

**17-04313-JJT Notice will be electronically mailed to:**

Jim Peavler at RA-occbankruptcy1@state.pa.us, RA-occbankruptcy6@state.pa.us

Office of the United States Trustee at ustpregion03.ha.ecf@usdoj.gov

Charles J. DeHart, III at TWecf@pamd13trustee.com, dehartsaff@pamd13trustee.com

David M. Gregory at dmglaw@ptd.net, nicklaw@ptd.net

Brian E. Manning at BrianEManning@comcast.net, G17590@notify.cincompass.com

Jill M. Spott at jspottesq@sheilslaw.com, psheldon@sheilslaw.com

James Warmbrodt at bkgroup@kmllawgroup.com

Steven P. Kelly at skelly@sterneisenberg.com, bkecf@sterneisenberg.com

**17-04313-JJT Notice will not be electronically mailed to:**

PRA Receivables Management LLC
PO Box 41021
Norfolk, VA  23541

Specialized Loan Servicing LLC
14841 Dallas Parkway, Suite 425
Dallas, TX  75254

THE BANK OF NEW TORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWABS, INC., ASSET-BACKED CERTIFICATES, SERIES 2007-8
P.O. Box 10826
Greenville, SC  29603-0826


EXECUTED ON:  May 30, 2018

                                        Respectfully submitted by,


                                By:    /s/ Jim Peavler
                                          Counsel
                                          PA Department of Revenue
                                          Office of Chief Counsel
                                          Dept. 281061
                                          Harrisburg, PA 17128-1061
                                          PA I.D.  320663
                                          Phone:  717-787-2747
                                          Facsimile:  717-772-1459
                                          jpeavler@pa.gov