# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | Case No. 5-17-04313 |
| WILLIAM H. FITZGERALD | Chapter 13 |
| Debtor | John J. Thomas, B.J. |
| THE BANK OF NEW YORK | |
| Movant | |
| v. | |
| WILLIAM H. FITZGERALD | |
| Respondent | |

## DEBTOR'S REPLY TO MOTION FOR RELIEF OF THE BANK OF NEW YORK

AND NOW, comes the Debtor herein by and through his attorney, Brian E. Manning Esquire, and files the following Reply to the Motion for Relief and in support thereof alleges :

1. Admitted.

2. Admitted.

3. Admitted.

4. Admitted.

5. Admitted.

6. After reasonable investigation the answering party is without sufficient knowledge or information to for a belief as to the truth of the allegations in the corresponding paragraph of the Motion. Said allegations are therefore denied, and strict proof thereof is demanded at the time of hearing.

7. After reasonable investigation the answering party is without sufficient knowledge or information to for a belief as to the truth of the allegations in the corresponding paragraph of the Motion. Said allegations are therefore denied, and strict proof thereof is demanded at the time of hearing.

8. Admitted.

9. Denied as Stated. Strict proof thereof is demanded at the time of hearing or trial.

10. After reasonable investigation the answering party is without sufficient knowledge or information to for a belief as to the truth of the allegations in the corresponding paragraph of the Motion. Said allegations are therefore denied, and strict proof thereof is demanded at the time of hearing.

11. Denied as Stated. Strict proof thereof is demanded at the time of hearing or trial.

12. Denied as Stated. Strict proof thereof is demanded at the time of hearing or trial.

13. Denied as Stated. Strict proof thereof is demanded at the time of hearing or trial.

14. After reasonable investigation the answering party is without sufficient knowledge or information to for a belief as to the truth of the allegations in the corresponding paragraph of the Motion. Said allegations are therefore denied, and strict proof thereof is demanded at the time of hearing.

15. Denied as Stated. Strict proof thereof is demanded at the time of hearing or trial.

16. No grounds have been stated to warrant the waiver of Bankruptcy Rule 4001(a)(3).

WHEREFORE, the Debtor respectfully requests that this Court enter an order denying the Motion for Relief without prejudice and granting the Debtor such other and further relief as the Court deems just and appropriate under the circumstances.

Respectfully Submitted
**Law Offices of Brian E. Manning**
/s/ Brian E. Manning
Brian E. Manning, Esquire
502 S. Blakely, St., Suite B
Dunmore, PA 18512
Tel. 570-558-1126
Fax 866-559-9808
brianemanning@comcast.net
Attorney for the Debtor

Dated: July 6, 2018