```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
```

In re:                                                          Case No. 17-04313-JJT
William H. Fitzgerald                                           Chapter 7
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0314-5          User: REshelman          Page 1 of 1          Date Rcvd: Jul 09, 2018
                              Form ID: pdf010          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 11, 2018.
db             William H. Fitzgerald,    309 Wheeler Ave,    Scranton, PA  18510-2514

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 11, 2018                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 9, 2018 at the address(es) listed below:
              Brian E Manning    on behalf of Debtor 1 William H. Fitzgerald BrianEManning@comcast.net,
               G17590@notify.cincompass.com
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com,   TWecf@pamd13trustee.com
              David M. Gregory    on behalf of Creditor    FNCB Bank, f/k/a First National Community Bank
               dmglaw@ptd.net,   nicklaw@ptd.net
              James  Warmbrodt    on behalf of Creditor    The Bank of New York Mellon fka The Bank of New York
               et al..... bkgroup@kmllawgroup.com
              Jill M. Spott    on behalf of Creditor    First National Bank of Pennsylvania
               jspottesq@sheilslaw.com,   psheldon@sheilslaw.com
              Jim Peavler    on behalf of Creditor    PA Dept of Revenue RA-occbankruptcy1@state.pa.us,
               RA-occbankruptcy6@state.pa.us
              Steven P. Kelly    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,
               AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWABS, INC., ASSET-BACKED CERTIFICATES, SERIES
               2007-8 skelly@sterneisenberg.com,   bkecf@sterneisenberg.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 8

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | Case No. 5-17-04313 |
| WILLIAM H. FITZGERALD | Chapter 13 |
| Debtor | John J. Thomas, B.J. |

## ORDER GRANTING DEBTOR'S MOTION TO CONVERT TO CHAPTER 7

AND NOW, upon consideration of the Motion of the Debtor to Convert to Chapter 7, the Motion is GRANTED and the case is converted to a proceeding under Chapter 7.

Dated: July 9, 2018

By the Court,

_____
John J. Thomas, Bankruptcy Judge (RPR)