# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | Case No. 5-17-04313 |
| WILLIAM H. FITZGERALD | Chapter 13 |
| Debtor | John J. Thomas, B.J. |
| THE BANK OF NEW YORK | |
| Movant | |
| v. | |
| WILLIAM H. FITZGERALD | |
| Respondent | |

## WITHDRAWAL OF DEBTOR'S REPLY TO MOTION FOR RELIEF OF THE BANK OF NEW YORK

AND NOW, comes the Debtor herein by and through his attorney, Brian E. Manning Esquire, and hereby WITHDRAWS the reply to the Motion for Relief of the Bank of New York.

Respectfully Submitted
**Law Offices of Brian E. Manning**
/s/ Brian E. Manning
Brian E. Manning, Esquire
502 S. Blakely, St., Suite B
Dunmore, PA 18512
Tel. 570-558-1126
Fax 866-559-9808
brianemanning@comcast.net
Attorney for the Debtor

Dated: July 18, 2018