```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
In re:                                                          Case No. 17-04313-JJT
William H. Fitzgerald                                           Chapter 7
        Debtor
                              CERTIFICATE OF NOTICE
District/off: 0314-5          User: REshelman        Page 1 of 1         Date Rcvd: Jul 25, 2018
                              Form ID: pdf010        Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 26, 2018.
              Linda Fitzgerald,    309 Wheeler Ave,    Scranton, PA 18510-2514

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 26, 2018                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 24, 2018 at the address(es) listed below:
              Brian E Manning    on behalf of Debtor 1 William H. Fitzgerald BrianEManning@comcast.net,
               G17590@notify.cincompass.com
              David M. Gregory    on behalf of Creditor    FNCB Bank, f/k/a First National Community Bank
               dmglaw@ptd.net,   nicklaw@ptd.net
              James  Warmbrodt    on behalf of Creditor    The Bank of New York Mellon fka The Bank of New York
               et al..... bkgroup@kmllawgroup.com
              Jill M. Spott    on behalf of Creditor    First National Bank of Pennsylvania
               jspottesq@sheilslaw.com,   psheldon@sheilslaw.com
              Jim  Peavler    on behalf of Creditor    PA Dept of Revenue RA-occbankruptcy1@state.pa.us,
               RA-occbankruptcy6@state.pa.us
              John J Martin (Trustee)    pa36@ecfcbis.com,   trusteemartin@martin-law.net
              Steven P. Kelly    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,
               AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWABS, INC., ASSET-BACKED CERTIFICATES, SERIES
               2007-8 skelly@sterneisenberg.com,   bkecf@sterneisenberg.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 8

Steven P. Kelly, Esq.
Stern & Eisenberg, PC
1581 Main Street, Suite 200
The Shops at Valley Square
Warrington, PA 18976
Telephone: (215) 572-8111
Facsimile: (215) 572-5025

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE MIDDLE DISTRICT OF PENNSYLVANIA (WILKES-BARRE)

| IN RE:<br>   WILLIAM H. FITZGERALD<br>   AKA WILLIAM FITZGERALD<br>   AKA WILLIAM HART FITZGERALAD<br>       DEBTOR | CHAPTER 13<br><br>CASE NUMBER: 17-04313-JJT<br><br>JUDGE: JOHN J. THOMAS |
|---|---|
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWABS, INC., ASSET-BACKED CERTIFICATES, SERIES 2007-8<br>       MOVANT<br>V.<br><br>WILLIAM H. FITZGERALD<br>AKA WILLIAM FITZGERALD<br>AKA WILLIAM HART FITZGERALAD<br>       DEBTOR<br><br>LINDA FITZGERALD<br>   (NON-FILING CO-MORTGAGOR)<br><br>CHARELS J DEHART, III, TRUSTEE<br>       RESPONDENT | |

## ORDER

AND NOW, this 19th day of July, 2018, upon the motion of THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWABS, INC., ASSET-BACKED CERTIFICATES, SERIES 2007-8 (hereafter "Movant"), and upon the failure of Debtor to file an Answer or otherwise plead as directed by the Court (and/or after hearing held and consideration of all evidence, arguments and briefs of Counsel), it is ORDERED AND DECREED that Movant (and any assignee/successor-in-interest) is granted relief from the stay of 11 U.S.C. §362 (and §1301) to proceed with enforcement of all rights Movant has under state and federal law concerning the Property (the "Property"): 309 WHEELER AVENUE, SCRANTON, PA 18510-2514.

Dated: July 19, 2018

By the Court,

_____
John J. Thomas, Bankruptcy Judge (PR)