Certificate Number: 12433-PAM-DE-031590886

Bankruptcy Case Number: 17-04313



12433-PAM-DE-031590886

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on September 9, 2018, at 2:53 o'clock PM EDT, William Fitzgerald completed a course on personal financial management given by internet by Solid Start Financial Education Services, LLC, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: September 9, 2018

By: /s/Lance Brechbill

Name: Lance Brechbill

Title: Teacher