# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | Case No. 5-17-04313 |
| WILLIAM H. FITZGERALD | Chapter 13 |
| Debtor | John J. Thomas, B.J. |
| FIRST NATIONAL COMMUNITY BANK | |
| Movant | |
| v. | |
| WILLIAM H. FITZGERALD and CHARLES J. DEHART, III, ESQUIRE, CHAPTER 13 TRUSTEE | |
| Respondent | |

## DEBTOR'S REPLY TO MOTION FOR RELIEF OF FIRST NATIONAL COMMUNITY BANK

AND NOW, comes the Debtor herein by and through his attorney, Brian E. Manning Esquire, and files the following Answer to the Motion for Relief and in support thereof alleges:

1. Admitted.

2. Admitted.

3. Admitted.

4. Admitted.

5. Admitted. By way of further answer Debtor's motive in filing is to save his residence.

6. Debtor responds as follows:

      a. After reasonable investigation, the answering party is without sufficient knowledge or information to form a belief as to the truth of the allegations being made. Said allegations are therefore denied and strict proof thereof is demanded at the time of hearing or trial.

      b. After reasonable investigation, the answering party is without sufficient knowledge or information to form a belief as to the truth of the allegations being made. Said allegations are therefore denied and strict proof thereof is demanded at the time of hearing or trial.

7. Admitted.

8. Denied as Stated. Strict proof thereof is demanded at the time of hearing or trial.

9. Denied as Stated. Strict proof thereof is demanded at the time of hearing or trial.

10. Denied as Stated. Strict proof thereof is demanded at the time of hearing or trial.

WHEREFORE, the Debtor respectfully requests that this Court enter an order denying the Motion for Relief without prejudice and granting the Debtor such other and further relief as the Court deems just and appropriate under the circumstances.

Respectfully Submitted
**Law Offices of Brian E. Manning**
/s/ Brian E. Manning
Brian E. Manning, Esquire
502 S. Blakely, St., Suite B
Dunmore, PA 18512
Tel. 570-558-1126
Fax 866-559-9808
brianemanning@comcast.net
Attorney for the Debtor

Dated: October 5, 2018