LOCAL BANKRUPTCY FORM 9019-1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**IN RE:**
William H. Fitzgerald, a/k/a William Fitzgerald,
a/k/a William Hart Fitzgerald,

CHAPTER __7__

CASE NO. _5_-_17_-bk-_04313_

**Debtor(s)**
FNCB Bank, f/k/a First National Community Bank,

ADVERSARY NO. ___-___-ap·_____
(if applicable)

**Plaintiff(s)/Movant(s)**
vs.
William H. Fitzgerald, a/k/a William Fitzgerald,
a/k/a William Hart Fitzgerald, Linda Fitzgerald,
and John J. Martin, Esquire, the Chapter 7 Trustee,
as his interest may appear,

**Nature of Proceeding:** _____

**Pleading:** Motion for Relief

**Defendant(s)/Respondent(s)**

**Document #:** 97

## REQUEST TO REMOVE FROM THE HEARING/TRIAL LIST*

**CHECK ONE:**

[ ] The undersigned hereby withdraws the above identified pleading with the consent of the opposition, if any.

[✔] The undersigned counsel certifies as follows:

(1) A settlement has been reached which will be reduced to writing, executed and filed within (please check only one).
  [✔] Thirty (30) days.
  [ ] Forty-five (45) days.
  [ ] Sixty (60) days.

(2) If a stipulation is not filed or a hearing requested within the above-stated time frame, the Court may dismiss the matter without further notice.

(3) Contemporaneous with the filing of this request, the undersigned has served a copy of this request upon all counsel participating in this proceeding.

Dated: ____10/10/2018____   /s/ David M. Gregory

Attorney for Plaintiff/Movant