```
                          United States Bankruptcy Court
                           Middle District of Pennsylvania
In re:                                                              Case No. 17-04313-JJT
William H. Fitzgerald                                               Chapter 7
        Debtor
                            CERTIFICATE OF NOTICE
District/off: 0314-5          User: REshelman           Page 1 of 1           Date Rcvd: Nov 14, 2018
                              Form ID: pdf010           Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 16, 2018.
db             William H. Fitzgerald,    309 Wheeler Ave,    Scranton, PA  18510-2514

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                       TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                       TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 16, 2018                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 14, 2018 at the address(es) listed below:
              Brian E Manning    on behalf of Debtor 1 William H. Fitzgerald BrianEManning@comcast.net,
               G17590@notify.cincompass.com
              David M. Gregory    on behalf of Creditor    FNCB Bank, f/k/a First National Community Bank
               dmglaw@ptd.net,   nicklaw@ptd.net
              James Warmbrodt    on behalf of Creditor    The Bank of New York Mellon fka The Bank of New York
               et al..... bkgroup@kmllawgroup.com
              Jill M. Spott    on behalf of Creditor    First National Bank of Pennsylvania
               jspottesq@sheilslaw.com,   psheldon@sheilslaw.com
              Jim Peavler    on behalf of Creditor    PA Dept of Revenue RA-occbankruptcy1@state.pa.us,
               RA-occbankruptcy6@state.pa.us
              John J Martin (Trustee)    pa36@ecfcbis.com,   trusteemartin@martin-law.net
              Steven P. Kelly    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,
               AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWABS, INC., ASSET-BACKED CERTIFICATES, SERIES
               2007-8 skelly@sterneisenberg.com,   bkecf@sterneisenberg.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 8

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | Case No. 5-17-04313 |
| WILLIAM H. FITZGERALD | Chapter 7 |
| Debtor | John J. Thomas, B.J. |

## ORDER GRANTING FIRST MOTION TO DELAY ENTRY OF DISCHARGE AND FINAL DECREE

And now upon consideration of the Motion of the Debtor and after service having been made upon the Office of the United States Trustee and the Chapter 7 Trustee, with no answers or objections having been filed to the motion and good cause having been demonstrated by the Debtor to warrant the relief he has requested, it is hereby

ORDERED and DECREED that the Debtor's Motion is GRANTED and the entry of the Discharge and Final Decree in this matter shall be delayed until December 10, 2018.

Dated: November 14, 2018

By the Court,

_____
John J. Thomas, Bankruptcy Judge (RPR)